# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 14-00025-01-CR-W-DGK |
| CASEY M. WIDMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On February 27, 2014, the Court ordered Defendant to undergo an examination pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. Ryan Nybo, who prepared a report dated July 8, 2014. A competency hearing was held before United States Magistrate Judge Sarah W. Hays on July 29, 2014.

On July 30, 2014, Judge Hays entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Hays is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.


        /s/ Greg Kays  
        GREG KAYS, CHIEF JUDGE  
        UNITED STATES DISTRICT COURT

Date: August 20, 2014